# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| KENNETH BELL et al, ) <br> on behalf of themselves and all others ) <br> similarly situated, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CAL-MAINE FOODS et al., ) <br> ) <br>     Defendants. ) | Case No. 1:20-CV-00461 |

## NOTICE OF DISMISSAL OF THE KROGER CO.

Plaintiffs hereby notify the court of the voluntary dismissal without prejudice of The Kroger Co. This dismissal is pursuant to Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure, as this defendant has neither answered nor filed a motion for summary judgment.

Respectfully submitted this 3rd day of July, 2020.

Respectfully submitted,

*/s/ Alexander McSwain*
ATTORNEY
THE CARLSON LAW FIRM
Texas State Bar No: 24106292
100 E. Central Texas Expy
Killeen, TX 76541
Telephone: (800) 359-5690
Facsimile: (254) 526-8204


E-Mail: amcswain@carlsonattorneys.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing has been filed with the Court's electronic filing system (CM/ECF) which serves copies to all counsel of record on July 3, 2020.

/s/ Alexander McSwain
OF COUNSEL