# EXHIBIT A

DAVISNORRIS LLP.
attorneys at law
davisnorris.com

April 24, 2020

Opal Foods, LLC
16194 Hwy 59,
Neosho, MO 64850

To whom it may concern:

I write today in representation of the following plaintiffs: Kenneth Bell, Sherry Daubs-Laury, Charlene Dirks, Wendy Brown, and Tonnie Walker-Beck, each of whom purchased eggs in the state of Texas following the disaster declaration of Governor Greg Abbott on March 13, 2020. Each of these plaintiffs paid an exorbitant and excessive price for eggs after that date. During the two to three weeks following the disaster declaration, the price of eggs nearly tripled in many Texas stores. The price of eggs remains at an excessive level, much higher than their cost prior to the emergency. All egg purchasers in Texas have been harmed by this unconscionable price hike during the disaster.

The retail price of eggs in Texas during the period following the disaster declaration violates the Texas Deceptive Trade Practices Act. Subsection (b)(27) of that Act prohibits "selling or leasing food, fuel, medicine, lodging, building materials, construction tools, or another necessity at an exorbitant or excessive price," as well as demanding such a price for the same items, during a declared disaster.

We are aware of your role in the distribution and sale of eggs in Texas. However, we are uncertain of your precise role in the price-gouging that is occurring. Because the price of eggs rose so precipitously and has remained at such a high level in the weeks following the disaster declaration, it is clear that the Texas DTPA has been violated. Under Rule 20 of the Federal Rules of Civil Procedure, plaintiffs may sue multiple defendants and seek relief from them in the alternative. Plaintiffs intend to do so.

This letter serves to meet the notice requirement in Section 17.505 of the Texas Business and Commerce Code. Plaintiffs plan to bring suit under the Deceptive Trade Practices Act in Federal Court in Texas pursuant to this notice. Plaintiffs will seek, on behalf of a class of similarly situated consumers consisting of all egg purchasers in Teas, the amount of excessive charges for the purchase of eggs after the declaration of an emergency in the State of Texas, together with all other allowable damages, expenses, costs, and attorneys' fees. The precise amount is not currently ascertainable, and Plaintiffs intend to seek information through discovery to amend or supplement their damages request.

/s/ John E. Norris
Davis & Norris, LLP
2154 Highland Avenue South
Birmingham, Alabama 35205

The Bradshaw House · 2154 Highland Avenue · Birmingham, AL 35205 · toll-free 866 . 731 . 2307 · local 205 . 930 . 9900 · fax 205 . 930 . 9989