IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KENNETH BELL, ET AL, <br> *Plaintiff,* | § <br> § <br> § | |
| v. | § <br> § <br> § | Civil Action No. 1:20-cv-00461-RP |
| CAL-MAINE FOODS, ET AL, <br> *Defendants.* | § <br> § <br> § | |

**STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW AS
COUNSEL AND DESIGNATION OF ATTORNEY-IN-CHARGE**

TO THE HONORABLE JUDGE PITMAN:

Intervenor, the State of Texas, files this Unopposed Motion to Withdraw as
Counsel and Designation of Attorney-in-Charge. In support thereof, the State of
Texas respectfully shows the Court the following:

1.      The State of Texas is represented by the General Litigation Division of
the Office of the Attorney General of Texas. Assistant Attorney Francesca A. Di
Troia is currently assigned to this case and has appeared as lead counsel and
Attorney-in-Charge. This case has been administratively reassigned to Ryan G.
Kercher, Assistant Attorney General.

2.      Ryan G. Kercher has already appeared as counsel in this case for the

State of Texas.

3.      The State of Texas asks this Court to note the withdrawal of Francesca

A. Di Troia as counsel for this case and to designate Ryan G. Kercher as lead counsel

and Attorney-in-Charge in the above-styled and numbered cause of action, and

requests that all future documents on this case be referred to Ryan G. Kercher at the

address shown below.

4.      Notice of this intention will be provided to all counsel of record.

5.      This motion is unopposed.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief - General Litigation Division

/s/ Francesca A. Di Troia
FRANCESCA A. DI TROIA
Assistant Attorney General
Texas Bar No. 24097596

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4651 | FAX: (512) 320-0667
Francesca.DiTroia@oag.texas.gov
**COUNSEL FOR
THE STATE OF TEXAS**

### CERTIFICATE OF CONFERENCE

Pursuant to Federal Rule 37(a)(1) and Local Rule CV47(a)(3), I certify that on March 15, 2021, I conferred with all parties' counsel via email to inquire whether they were opposed to this motion. Counsel did not indicate any opposition.

*/s/ Francesca A. Di Troia*
FRANCESCA A. DI TROIA
Assistant Attorney General

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been filed and served electronically through the Court's Electronic Case File system on this the 18 day of March, 2021, upon all counsel of record.

/s/ Francesca A. Di Troia
FRANCESCA A. DI TROIA
Assistant Attorney General