IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KENNETH BELL, ET AL, <br> *Plaintiff,* <br><br> v. <br><br> CAL-MAINE FOODS, ET AL, <br> *Defendants.* | § § § § § § § § § <br><br> Civil Action No. 1:20-cv-00461-RP |

## ORDER GRANTING STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND DESIGNATION OF ATTORNEY-IN-CHARGE

The Court having considered the State of Texas's Unopposed Motion to Withdraw as Counsel and Designation of Attorney-in-Charge. After reviewing the Motion, and for good cause having been demonstrated the Court finds that the motion [Dkt. 154] should be GRANTED.

IT IS THEREFORE ORDERED that Francesca A. Di Troia is hereby granted leave to withdraw as counsel of record for Intervenor the State of Texas in this matter.

IT IS FURTHER ORDERED that Ryan G. Kercher is hereby designated as Attorney-in-Charge for Intervenor the State of Texas.

SIGNED this _____ day of _____, 2021.

_____
ROBERT PITMAN
United States District Judge