IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KENNETH BELL, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | 1:20-CV-461-RP |
| § | |
| CAL-MAINE FOODS, INC., et al., § | |
| § | |
| Defendants. § | |

# **FINAL JUDGMENT**

On September 20, 2021, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation concerning Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, (Dkt. 139), and Plaintiffs' Motion to Strike, (Dkt. 148). (R. & R., Dkt. 163). The Court's Order dismissed without prejudice Plaintiffs Kenneth Bell, Sherry Dabbs-Laury, Charlene Dirks, Wendy Brown, and Tonnie Walker-Beck's amended complaint, (Dkt. 119).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on September 20, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE